ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish
Harrison H.D. Breakstone
Email:　akadish@archerlaw.com
　　　　hbreakstone@archerlaw.com

*Counsel for Allen D. Applbaum as Receiver*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

ArciTerra Companies　　　　　　　　　　　　Case No. 1:24-mc-219-AKH

-------------------------------------------------------x

## ORDER

WHEREAS, on May 16, 2024, the Court received a *Notice of Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. § 754* (the "Notice"), relating to a case in the United States District Court for the District of Arizona, *Securities and Exchange Commission v. Jonathan Larmore, et al.*, Case No. 2:23-cv-02470 (the "Arizona Case"). [ECF No. 1]. The Notice explained that a Receiver was appointed in the Arizona Case and attached initial filings from the Arizona Case in accordance with 28 U.S.C. § 754. This Court issued an Order [ECF No. 3] directing the parties to appear for a status conference herein; and

WHEREAS, the Receiver filed a *Statement of Receiver* [ECF No. __] herein stating that further action by the Court is not needed subject to the Receiver's reservation of his rights under 28 U.S.C. § 754 and subject to jurisdiction and control over Receivership property in this District.

THEREFORE, IT IS HEREBY ORDERED:

1. This case be, and hereby is, CLOSED, without prejudice.

2. Closure notwithstanding, in accordance with 28 U.S.C. § 754, this Court reserves jurisdiction and authority, and the Receiver retains his rights, over receivership property in this District, and the Receiver may move to re-open this case and seek and obtain further relief in this Court.

Dated: New York, New York
       August 8, 2024

_____
UNITED STATES DISTRICT JUDGE